IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-CV-588

GREG SCHRECENGOST,

    Plaintiff,

v.

ETHAN POWERS,
ELIAS GONZALEZ,
MICHAEL RAIRDON, and
LARIMER COUNTY,

    Defendants.

**CONVENTIONALLY SUBMITTED EXHIBITS TO PLAINTIFF'S COMPLAINT AND JURY DEMAND (COVER PAGE)**

    Plaintiff Gregory Schrecengost, by and through the undersigned counsel respectfully files this cover page, pursuant to ECF Rule 4.8(f), for all *Conventionally Submitted Exhibits to Plaintiff's Complaint and Jury Demand*, which are described and labeled as follows:

1. **Exhibit 1 –** Ethan Powers Body Worn Camera Video Part 1
2. **Exhibit 2** – Ethan Powers Body Worn Camera Video Part 2

    THE LIFE & LIBERTY LAW OFFICE

    */s/ Sarah Schielke*
    Sarah Schielke
    Counsel for Plaintiff
    The Life & Liberty Law Office LLC
    1055 Cleveland Avenue
    Loveland, CO 80537
    P: (970) 493-1980
    F: (970) 797-4008
    E: sarah@lifeandlibertylaw.com